No. 09–11088. SHIRE *v.* UNITED STATES; and
No. 09–11197. JAMA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consider-

ation or decision of these petitions.